UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80164-Dimitrouleas/McCabe
18 USC § 875(c)
18 USC § 981(a)(1)(C)

UNITED STATES OF AMERICA,

vs.

TRACY MARIE FIORENZA,

Defendant.
_____/

FILED BY SP D.C.
SEP 05 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about May 21, 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**TRACY MARIE FIORENZA,**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, that is, Victim 1 and Victim 2, in that in an email communication sent to Person 1, the defendant stated, in part, that "I will state that I will shoot [Victim 1] AND [Victim 2] straight in the face at any opportunity that I get!," and that the Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 2

On or about June 5, 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**TRACY MARIE FIORENZA,**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, that is, Victim 1 and Victim 2, in that in an email communication sent to Witness 1, the defendant stated, in part, that "I am going to slam a bullet in [Victim 2's] head with his father [Victim 1] IN SELF DEFENSE!," and that the Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

## FOREFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TRACY MARIE FIORENZA**, has an interest.

2. Upon conviction of violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the

procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

*[signature]*
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*[signature]*
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-cr-80164-Dimitrouleas/McCabe

v.

TRACY MARIE FIORENZA

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/
Defendant.

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami ☐ Key West ☐ FTP
☐ FTL ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)          (Check only one)
    I   ☑ 0 to 5 days         ☐ Petty
    II  ☐ 6 to 10 days        ☐ Minor
    III ☐ 11 to 20 days       ☐ Misdemeanor
    IV  ☐ 21 to 60 days       ☑ Felony
    V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-8397-WM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of 08/23/2023

10. Defendant(s) in state custody as of

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
John McMillan
Assistant United States Attorney
Court ID No. A5500228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ___Tracy Marie FIORENZA_____

**Case No:** ___23-cr-80164-Dimitrouleas/McCabe_____

Count #: 1-2
Transmitting Threats to Kill or Injure Another Person in Interstate Commerce
Title 18, United States Code, Section 875(c)

* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: 3 years
* Max. Fine: $250,000.00
* Special Assessment: $100.00

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.