

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

---

33 NE 4th St.
Miami, FL 33132

November 28, 2023

The Honorable William P. Dimitrouleas
United States District Judge
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301

**Re:  Name    :  Tracy Marie Fiorenza**
      **Reg. No:  73972-510**
      **Case No:  23-80164-CR-DIMITROULEAS**

Dear Judge Dimitrouleas:

On October 18, 2023, an Order of the Court committed Ms. Tracy Marie Fiorenza to the custody of the Bureau of Prisons for a mental health evaluation under the provisions of Title 18, United States Code, Sections 4241 and 4242. Taken together, the Court is requesting opinions regarding the defendant's competency to stand trial and criminal responsibility.

Ms. Fiorenza was designated to the Federal Detention Center (FDC), Miami for the evaluation on November 22, 2023. Therefore, the adjusted period of examination would end on January 6, 2024. The Court can expect to receive the report approximately fifteen days after the termination date of the examination period.

We request the examiner be provided with any relevant documents that are available (i.e., medical, psychiatric/academic records, prior evaluations, investigative reports, criminal history, etc…). If you have any questions or concerns, please do not hesitate to contact the examiner, Dr. Lauren Schumacher at (305) 982-1411 and/or L2Schumacher@bop.gov.

**Name    :  Tracy Marie Fiorenza**
**Reg. No:  73972-510**
**Case No:  23-80164-CR-DIMITROULEAS**

Sincerely,

S. Serrano
Warden

cc:
    John C. McMillan, AUSA
    Allari Dominguez, AFPD

**Name    :   Tracy Marie Fiorenza**
**Reg. No:   73972-510**
**Case No:   23-80164-CR-DIMITROULEAS**

The Honorable William P. Dimitrouleas
United States District Judge
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301
(954) 769-5650

Allari Dominguez
Federal Public Defender
One East Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301
(954) 356-7436
Email: allari_dominguez@fd.org

John C. McMillan
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 820-8711
Email: john.mcmillan@usdoj.gov