

23cr80164

To Whom This May Concern,

My name is Tracy Fiorenza. I am currently in the Miami Federal Detention Center. I need help with my case & Exposing the Hollywood pedophile ring in the Arts with leader Donald Trump Sr. I am a teacher & clinical psychologist from Chicago and need help exposing this evil sex ring. It is difficult being the people involved control the media. PLEASE google my name and forward this information to anyone that can help. Send/call my father with an Email address so I can send a request & write you!

Thank you for your valued time,

Tracy Fiorenza

John Fiorenza (father) (630) 661-8807

Federal Detention Center
Tracy Fiorenza Reg# 73972510
PO Box 019120
Miami, FL
33101

(23cr-80164)
USA v. Fiorenza

Miami Detention Center
Tracy Fiorenza
PO Box 019120 Reg # 73497251☐
Miami, FL
33101

DEC 27 2023
11:52 AM

USMS
INSPECTED
RECEIVED

MIAMI FL 330
22 DEC 2023 PM 1 L

33128-1801 99

Court Reporter
400 North Miami Avenue 18 Floor South
Miami, FL
33128