REC'D BY ___ D.C.
JAN 31 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Judge Dimitrouleas - [Contact Edward Lee, transcripts of our messages at secret service office in Chicago w/ Sandra Trujillo!]

Your honor, the US Secret Service & psychologist Lauren Schumacher's assertion and argument that I am delusional and believe these delusions to be true IS COMPLETLEY destroyed with statement 1 on the polygraph test administered by law enforcement Brad Kelly, in the discovery, with Lori Lightfoot being the previous mayor of Chicago, a previous lawsuit w/ similar inappropriate language about "dick size" and Edward Lee former mayor of York, South Carolina, for 20 year contacting her office twice about the Hollywood pedophile ring in the Arts w/ leader Don Trumps. No school lock down. How am I a danger to the community? Delusions don't make sense they are irrational/disorganize. Please release me!



Tracy Fiorenza 902400016
North Broward Bureau
PO Box 407037
Fort Lauderdale, Florida
33340

This letter originated [from] Broward Co[unty facility]. Inmate mail is [not] cen[sored] and the sheriff ca[nnot a]ssume responsibility for its contents.

Judge Dimitroleas
The Federal Court House
Fort Lauderdale, FL

Every day counts!