TRULINCS  73972510 - FIORENZA, TRACY - Unit: MIM-A-W
----------------------------------------------------------------------

FROM: 73972510
TO: Safety Department
SUBJECT: ***Request to Staff*** FIORENZA, TRACY, Reg# 73972510, MIM-A-W
DATE: 02/17/2024 01:56:17 PM

To: Homeland Security
Inmate Work Assignment: Tracy Fiorenza v. USA



REC'D BY _____ D.C.

FEB 23 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Clerk's Office-

I would like to document and file this inmate request with the Clerk's Office. I have sent a copies to Goldberg & Goldberg offices in Chicago and Maryland. I will verify ANY information stated hooked up to a polygraph test administered by law enforcement and answer ANY questions relevant to topic. Brittney Goldberg's (VICTIM) father (OFFENDER) followed home staff from his law office in Chicago, IL. through electronic means. He is HIGHLY perverted and dangerous! Law enforcement cannot access him with STANDARD law enforcement technology such as LIVE satellite (with the ability to view inside of buildings, offices, residents, detention centers, and stations) and the ability to hear the SLIGHTEST sounds!

Thank you for your valued time,

Tracy Fiorenza
-----FIORENZA, TRACY on 2/16/2024 6:23 PM wrote:

>

Goldberg & Goldberg Office Staff,

My name is Tracy Fiorenza. You can Google my name on the internet and my case will come up. I am trying to EXPOSE the Hollywood pedophile ring in the Arts with leader Don Trump Sr. MOST of the contact is through electronic means with psychotronic weaponry and advanced technology such as V2K. The United States Army and CIA published SOME information on this technology referred to as non-lethal weapons. Since I have been detained without a bond (political) Don Trump Sr. got more people involved which includes my friend Brittney Goldberg (VICTIM) and her nuclear family (OFFENDERS). Brittney Goldberg's father and brother have been missing from work since September abusing us with other members of the Hollywood pedophile ring in the Arts through electronic means with V2K technology. Extremely "STANDARD" law enforcement technology includes LIVE satellite and technology with the ability to hear the SLIGHTEST sounds, down to a person's thoughts. Recently, the Goldberg & Goldberg family cannot be reached by law enforcement with any technology because they are involved in the ring. The Mayor of Chicago and the main Chief of Police in Chicago are involved and took money! EVERY Chief of Police in Chicago and California has access to this "STANDARD" technology but will not be able to access the Goldberg family! This sex ring is EXTREMELY dangerous and perverted! MOST psychotronic weaponry feels natural on its victims and is undetectable! Psychotronic weaponry can be used to murder individuals and makes deaths appear to be natural causes and/or accidents! The Goldberg family, except for Brittney Goldberg (VICTIM) and members of the Hollywood pedophile ring in the Arts, followed home office staff through electronic means and has access to psychotronic weaponry. I have been being HIGHLY abused by members of the Goldberg family and Hollywood pedophile ring in the Arts since being detained in September with V2K technology. The United States Army and CIA published information on this technology! If you research "gang stalking" on the internet you may get a better understanding of SOME of the technology involved, however, most of the technology is not published to the general public. It is possible to sexually stimulate individuals remotely, members of the Hollywood pedophile ring in the Arts use this technology to encourage incest and pedophilia encounters on their victims! Members of the Goldberg family, excluding Brittney Goldberg, and the Hollywood pedophile ring in the Arts also have technology with the capability of monitoring dreams to stalk their victims. I have wrote a bunch of information to Judge Dimitrouleas who is assigned my case who forwarded it to the U.S. District Court, Southern District of Florida Clerk's Office. The general public should be able to access this information as I received a copy that it was filed at the Clerk's Office. This is a HIGHLY pervert and dangerous sex ring that MUST be EXPOSED!

Case Name: USA v. Tracy Fiorenza
Case Number: 9:23-cr-80164-wpd
PACER access fees apply



Judge Dimitrouleas -

Can you please get my Facebook page back up? It was supported by Ivy League professors Daniel T. O'Hara (Princeton University) and Paul Franks (Yale University). There was also a direct link pinned to the top of the page to message Jacob Rothschild.

Name: Tracy Fiorenza Rothschild
Username: Poetryinmyveins@gmail.com

It was illegally taken down after my arrest to prevent the Hollywood pedophile rings in the Arts from being EXPOSED!

Tracy Fiorenza

Why is LEGAL protocol as MANDATED reporters not being followed cut Oxbridge Academy with their student Barron Trump?

Evidence is not ever required! I have a polygraph test administered by law enforcement & letter from the US Army in the Pentagon Michael SABB providing Barron Trump's school contact Number suggesting I speak with Robert Kossky about releasing Barron Trump's school records. "Protocol" includes physically seeing the student! OBVIOUS! My description is 180 & accurate from the media. It is illegal to use fake test scores to enroll him in classes.

2.18.2024

At approx 1:05 PM Director Cheatle stated through V2K technology that,

"Brittney Goldberg's father used psychotronic weaponry to manipulate a pedophillic encounter amongst his office staff's social network."

Will verify this information as accurate hooked up to a polygraph test administered by law enforcement.

Tracy Fiorica
PO BOX 01920
Miami, FL.
33301

MIAMI FL 330
20 FEB 2024 PM 1 L

Judge Dimitrouleas
The Federal Court House
299 East Broward Blvd 108
Fort Lauderdale, FL
33301

33301-192233

*Please scan