TRULINCS 73972510 - FIORENZA, TRACY - Unit: MIM-A-W

----

FROM: 73972510
TO: Safety Department
SUBJECT: ***Request to Staff*** FIORENZA, TRACY, Reg# 73972510, MIM-A-W
DATE: 03/01/2024 01:20:09 PM

To: United States Attorney Office
Inmate Work Assignment: Markenzy US Attorney

Markenzy Lapointe (US Attorney) & Judge Dimitrouleas,



FILED BY _____ D.C.

MAR 08 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

My name is Tracy Fiorenza. My case number is 9:23-cr-80164-wpd. I am contacting the US Attorney's Office because I wanted to document that I would like exculpatory evidence that was provided to the US Secret Service agent, Sandra Trullijo, in Chicago, IL. relevant to my case filed with the Clerk's Office in the Southern District of Florida. This includes:

Polygraph test administered by Brad Kelly
Letter from the US Army in the Pentagon Michael SABB
Edward Lee (former Mayor of York, South Carolina) Facebook messenger transcripts
Oxbridge Academy flyer from March 7th 2023
Florida Attorney General Emails

I would like to state that John Leare "Special" Agent from the US Secret Service has cherrypicked evidence to build a weak pathetic case against me that has had me detained without bond for 6 months waiting for trial. Starting with John Leare's assertion that the polygraph test administered by law enforcement agent Brad Kelly demonstrates to the extent I believe my delusions to be true! I would like to see evidence that a delusional individual could ever pass a polygraph test without it being indicated in the results! Furthermore, the US Secret Service, FBI, federal government, and local law enforcement agents are all MANDATED to take polygraph tests upon hiring and promoting. This would be a discrimination to individuals with disabilities such as bipolar II! I personally know college professors with bi polar II. They check themselves into the hospital when they feel a manic episode approaching and within 5 days or less they are back at work teaching. I would assume this would apply to law enforcement agents!

There are MANY problems with the evidence in this case and what has been stated in the courtroom by the prosecutor. To begin, Oxbridge Academy was never placed on school lockdown and it took over two months to have me arrested after the "threatening" Emails were sent to the entire staff at Barron Trump's educational institution? Clearly, with that alone being stated, there is more to this. I taught in the intercity of Chicago, IL., and the students there get better service then a former President's son? I have been dealing with the US Secret Service for many years and I will let you know if Barron Trump was in school or something was not significantly wrong, my door would have been kicked in and I would have been arrested before I even clicked the send button! As one would expect.

I will keep this as simple as possible for right now. At the bond hearing in Chicago, IL. I was detined against my will with no bond? How is this legal that I even attended a 2 hour long meeting with the US Secret ervice inbetween the Emails being sent and being arrested and now I am this sudden immediate danger to the community that has no bond? Sandra Trullijo, the US Secret S3rvice agent I had the meeting with that allowed me to leave, thanking me for coming into her office even stated the day she arrested me, "I want to get you in early to see the judge so you can be out by this afternoon." Sandra Trullijo also stated, "it was not me the warrant came from down south." That was August 21st 2023! There is no trail date even in sight!! I am scarred!

I flew down to Oxbridge Academy on March 7, 2023, to pass out flyers and to speak with Ralph Maurer about the Hollywood pedophile ring in the Arts with leader Don Trump Sr. following home staff and students. The prosecutor at the bond hearing in Chicago, IL. said that I need to be detained because I am dangerous capable of hopping on a flight and going to Barron trump's school! It is stated in hundreds of Emails demanding Ralph Maurer follows legal protocol as a mandated reporter with his student that Barron Trump nevr attended a SINGLE day of classes at either Saint Andrew's Episcopal School in Maryland or Oxbridge Academy! Nor could he ever with my accurate 180 description of Barron Trump. He is branded in the mainstream media with a genius IQ in the Arts and Sciences when in FACT he is SIGNIFICANTLY below gradelevel and the Trump family used fake test scores to enroll him at both educational insitutiions. Ralph Maurer gave police the false perception that everything was fine when he had me removed from the private property when I went down there to pass out flyers. Agent Frank from the US Secret Service that handled the situation at Oxbridge Academy sent the local Police to Barron Trump's location in exchange for me not to pass out the flyers to parents before school started with the evidence such as the polygraph test indicating sexual violence, letter from the US Army in the Pentagon, I brought with me attached to the flyers. The police that went to Barron Trump's location after I stated he as both a victim and an offender in the Hollywood pedophile ring in the Arts

TRULINCS 73972510 - FIORENZA, TRACY - Unit: MIM-A-W

---

said they were filling out paperwork after stating that everythig was okay. Where is this paperwork in the discovery, that I never recieved a copy of? Why is it only the police report of me being asked to be removed from private property!

What is delsuional about the polygraph administered by Brad Kelly? Why is "failure to report suspected child abuse on the state and federal level" not being applied to this situation with the letter from the US Army providing Barron Trump's school contact information suggesting I speak with Robert Kosasky about "releasing Barron Trump's school records?" Evidence is not even required to follow LEGAL protocol! NOBODY has ever physically seen Barron Trump my description IS accurate!

*Tracy Fiorenza*

FIORENZA, TRACY - Unit: MIM-A-W

said they were filling out paperwork after stating that everythig was okay. Where is this paperwork in the discovery, that I never recieved a copy of? Why is it only the police report of me being asked to be removed from private property!

What is delsuional about the polygraph administered by Brad Kelly? Why is "failure to report suspected child abuse on the state and federal level" not being applied to this situation with the letter from the US Army providing Barron Trump's school contact information suggesting I speak with Robert Kosasky about "releasing Barron Trump's school records?" Evidence is not even required to follow LEGAL protocol! NOBODY has ever physically seen Barron Trump my description IS accurate!

TRULINCS 73972510 - FIORENZA, TRACY - Unit: MIM-A-W

---

FROM: 73972510
TO: Safety Department
SUBJECT: ***Request to Staff*** FIORENZA, TRACY, Reg# 73972510, MIM-A-W
DATE: 03/01/2024 08:51:06 PM

To: Judge Dimitrouleas
Inmate Work Assignment: Fiorenza

Judge Dimitrouleas-

Have you been able to access Megan O'Donnell with advanced technology? Megan O'Donnell works at Diesel Clothing. She used to live in Chicago, IL. before moving to the Los Angeles area. Part of Lori Lightfoot taking money on the polygraph test administered by Brad D Kelly was to coverup Megan O'Donnell who illegally obtain technology from James O'Donnell who worked for the Chicago Police Department. Megan O'Donnell was being a sex offender with this technology that included LIVE satellite and the ability to hear the SLIGHTEST sounds! This is originally how the people involved in my case became part of my life (coverup).

P-L-E-A-S-E access Megan O'Donnell with advanced technology designed for law enforcement. I'm sure she is waiting to be arrested since my story made the news last August! Megan O'Donnell has a TON of information and evidence about the people involved in my case, technology involved, and the Hollywood pedophile ring in the Arts.

[faint duplicate of the above message]

Tracy Fiorenza 13972-510
PO Box 01920
Miami, FL
33101

Judge Dimitrouleas
The Federal Court House
299 East Broward BLVD #108
Fort Lauderdale, FL
33301