UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 23-80164-CR-DIMITROULEAS

    Plaintiff,

vs.

TRACEY FIORENZA,

    Defendant.
_____/

## **O R D E R**

THIS CAUSE is before the Court on a *pro se* March 17, 2024 letter filed by the Defendant on March 21, 2024 [DE-65][1], and the Court finds as follows:

1. On September 5, 2023, Fiorenza was indicted and charged with two counts of Transmitting in Interstate Commerce a Threat to Injure. [DE-4]. Detention was ordered in the Northern District of Illinois.

2. On September 13, 2023, the Federal Public Defender was appointed to represent Fiorenza. [DE-7]. She was arraigned on September 19, 2023. [DE-11].

3. On October 18, 2023, this Court granted an Unopposed Motion to Determine Competency and Sanity [DE-16]. On October 20, 2023, a defense continuance was granted. [DE-20].

4. On January 19, 2024, Fiorenza was found to be incompetent to stand trial and ordered to undergo restorative treatment. [DE-27].

---

[1] Postmarked March 19, 2024.

5. This Court has not elected to exercise discretion to allow hybrid representation in this case. *Ruiz v. Wing*, 991 F. 3d 1130 (11th Cir. 2021); *U.S. v. Sanders*, 843 F. 3d 1050 (5th Cir. 2016).

6. A district court is not required to entertain *pro se* motions filed by a represented party. *U.S. v. Tollefson*, 853 F. 3d 481 (8th Cir. 2017); *U.S. v. Patterson*, 576 F. 3d 431 (7th Cir. 2009); *Cross v. U.S.*, 893 F. 2d 1287, 1291-92 (11th Cir. 1990).

7. At this point, the Court declines to consider the matters raised in the letters. Counsel for Fiorenza may re-file any matters raised in the letters. Moreover, once Fiorenza is resorted to competency, the Court will consider re-visiting the matters raised in the letters.

Wherefore, no action will be taken at this time regarding any matters addressed in the letters.

The Clerk shall mail a copy of this order to the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of March, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Tracy Fiorenza, #73972-510
Inmate Mails
Miami FDC
PO Box 019120
Miami, FL  33101