TRULINCS 73972510 - FIORENZA, TRACY - Unit: CRW-E-I

---

FROM: 73972510
TO:
SUBJECT: US Attorney's Office, US Secret Service, Judge
DATE: 06/02/2024 03:12:16 PM

FILED BY _____ D.C.
JUN 1 8 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

United States Attorney's Office, United States Secret Service, & Judge Dimitrouleas,

The United States Secret Service illegally took down my Facebook page, Tracy Fiorenza Rothschild, username poetryinmyveins@gmail.com, exposing the Hollywood pedophile ring in the Arts with leader Don Trump Sr shortly after my arrest in August, 2023. My Facebook page was supported by Ivy League PROFESSORS Paul Franks from Yale University and Daniel T. O'Hara former faculty from Princeton University. I want my profile back up! It is in violation of my first amendment right, Freedom of Speech. Director Cheatle from the United States Secret Service stated through V2K technology that, "Judge Dimitrouleas, and his son, are involved with the Hollywood pedophile ring in the Arts with leader Don Trump Sr." More specifically that, "Judge Dimitrouleas, and his son, had inappropriate sexual relations with a minor that involved masturbation and pornography." This was stated by Director Kimberly Cheatle, 4/24/2024, while I was being transferred to Carswell, TX. I will take a polygraph test to verify that this information is accurate and answer any questions relevant to topic. The United States Secret Service, FBI, local law enforcement, and federal government, all hire, fire, and promote based off the polygraph test. Both the US Army and the Central Intelligence Agency (CIA) have published information on V2K technology. Edward Lee, former Mayor of York, South Carolina, for 20 years, poet, published author, history major, and college professor, acknowledges that V2K technology exists in our Facebook messages that were provided to US Secret Service Agent Sandra Trullijo at our 2 hour long meeting in Chicago, IL.

I am contacting the above because I would like to know what is delusional about the passed polygraph test administered by law enforcement agent Brad D. Kelly in the discovery? Delusions are; persistent, false beliefs, that lack evidence!   Statement one reads....

Lori Lightfoot stated, "to suck her dick" and that "she was taking money" through V2K technology. (PASSED)
1. Lori Lightfoot is the previous Mayor of Chicago. Where I reside.
2. Lori Lightfoot has a previous lawsuit with similar inappropriate language about "dick size."
3. Edward Lee, former Mayor of York, South Carolina, for 20 years, contacted her office numerous times about the Hollywood pedophile ring in the Arts with leader Don Trump Sr. prior to taking and passing the polygraph test.
4. It states, "Lori Lightfoot took money" not to "take my clothes off and swim in Lake Michigan."

Statement 2 & 3 on the polygraph test indicates threats and sexual violence between Don Trump Sr., Barron Trump, Calvin Harris, and the Hollywood community. Statement 4 on the polygraph test indicates that there is evidence with President Christopher Eisgruber at Princeton University which is an Ivy League University. Since most of the contact is through electronic means with non-lethal weapons it is very "practical" that evidence would be at an Ivy League University!

I was told by Officer Dulko from the Montgomery County Police Department while Barron Trump attended Saint Andrew's Episcopal School in Maryland to take the polygraph test and that it could be used as preliminary evidence. Evidence is not even required to follow LEGAL protocol as a mandated reporter which includes physically seeing the student, which is also very common sense. In Special Agent John Leare's 2 month long investigation he never ONCE physically saw Barron Trump with my 180 description. Although the United States Secret Service claims they are not mandated reporters in the state of Florida EVERYONE is mandated! This is local police jurisdiction! The police were never even contacted after the "threatening" Emails were sent in self-defense!? This is, "failure to report suspected child abuse," on the state and federal level. It is absolutely ridiculous and uneducated that Judge Dimitrouleas keeps stating, "we will discuss child abuse at a later date" and then claims that I am the one incompetent for court? This is destroying my name and credentials!

Judge Dimitrouleas is not qualified in the Arts or knowledgeable with the technology involved, non-lethal weapons, with the Hollywood pedophile ring. Edward Lee is educated with government technology, he has 20 years experience working side-by-side the Chief of Police of York, South Carolina. Not only does Edward Lee recognize that Don Trump Sr. is in fact in my life with members of the Hollywood pedophile ring in the Arts he also acknowledges that V2K technology does exist in our Facebook messages before reaching out to former Mayor of Chicago Lori Lightfoot for help. Psychologist Lauren Schumacher refuses to acknowledge that V2K technology does in fact exist in her competency evaluation. Psychologist Lauren Schumacher states, "I have complained to numerous politicians and law enforcement agencies about Barron Trump's school attendance and affiliation with a pedophile ring." My God! I have! Rewind the LIVE recorded satellite (the USA v. Kimberly Duffney). Barron Trump has NOT physically attended a SINGLE day of classes at either Saint Andrew's Episcopal School in Maryland or Oxbridge Academy! Attendance laws? Barron Trump was issued a diploma and nobody has ever ONCE physically seen or academically assessed him in-person at either Saint Andrew's Episcopal School in Maryland or Oxbridge Academy? Barron

TRULINCS 73972510 - FIORENZA, TRACY - Unit: CRW-E-I
-----------------------------------------------------------------------

Trump's eyes rotate involuntarily and his face is significantly rounder. With the passed polygraph test administered by Brad D. Kelly indicating sexual violence between; Don Trump Sr., Barron Trump, Calvin Harris, and the Hollywood community, and the letter from Michael SABB, the Inspector General of the United States Army in the Pentagon, providing Barron Trump's school contact information suggesting, "I speak to Robert Kosasky about releasing Barron Trump's school records," which are GRADES and ATTENDANCE, it is "failure to report suspected child abuse," on the state and federal level! The United States Army in the Pentagon does NOT make mistakes! Despite being branded in the media with a genius IQ in both the Arts and Sciences, Barron Trump is SIGNIFICANTLY below grade level. You don't have to be a teacher to ask Barron Trump which courses he took at Saint Andrew's Episcopal School in Maryland and Oxbridge Academy and what he actually learned to know that something is wrong!

Furthermore, you don't spend 2 hours, in-depth, speaking with someone in a recorded meeting to later claim they are delusional in a courtroom. This video needs to be provided to the Director of Carswell Federal Hospital and members of the courtroom. I also allowed Sandra Trullijo to read me my Miranda rights at the recorded meeting in Chicago, IL. Sandra Trullijo could have arrested me on the spot, months later, no bond!? Is it not exculpatory evidence to provide that 2-hour long recorded meeting with Sandra Trullijo in Chicago, IL., about the Hollywood pedophile ring in the Arts with leader Don Trump Sr. since you are now claiming I am delusional in the courtroom!? It will be over a year before this takes trial and it is BEYOND inappropriate! I am not the one that is incompetent for court! I never agreed to give up my right to a fast and speedy trial! Who would? I stated that i would even represent myself on that upcoming Monday when the trial was scheduled to take place and was told by Judge Dimitrouleas I would not be able to? I would like a copy of all the court transcripts sent to my location. I was told on 1/19/2024 that Huda Macri would send me the transcripts and I have not received them. I have complained to both Judge Dimitrouleas and the public defender's office about the exculpatory evidence provided to the US Secret Service at the 2 hour long meeting in Chicago, IL. that has not been filed with the Clerk's Office of the Southern District of Florida. This includes;

1. Edward Lee Facebook Messages (Hard Copy) Contacted Lori Lightfoot about the Hollywood pedophile ring in the Arts with leader Don Trump Sr. Prior to taking and passing the polygraph test administered by former law enforcement agent Brad D. Kelly.
2. The United States Army letter from Michael SABB, providing Barron Trump's school contact number suggesting, "I speak to Robert Kosasky about releasing Barron Trump's school records" (GRADES & ATTENDANCE).
3. The United States Navy letter providing Barron Trump's school contact
4. Oxbridge Academy flyer 3/7/2023
5. 3/7/2023 Police paperwork from when Agent Frank from the US Secret Service sent the police to Barron Trump's location to make sure that he was okay in exchanged for me not to pass out m y flyers warning parents that the Hollywood pedophile ring in the Arts followed home staff and students at Oxbridge Academy. The prosecutor said, "I went down to Oxbridge to make sure this is where Barron Trump went to school" in a dangerous manner at the Chicago bond hearing. Why I received no bond!
6. Florida Attorney General Emails stating this falls under is POLICE JURISDICTION!
7. The FULL Emails that were sent with the "threatening" statement in SELF-DEFENSE!
8. The 2 hour long in-depth recorded meeting with Sandra Trullijo in Chicago, IL., about the Hollywood pedophile ring in the Arts with leader Don Trump Sr. Since they are claiming I am not court competent and their entire argument is that I believe my own delusions to be true and this is how I passed a polygraph test. I want to see the evidence for this theory. Anyone that has ever taken a polygraph test knows that a delusional state would be reflected in the test results beyond the standard percentage of error of a reliable test measure. You mean to tell me that 0% of police officers are diagnosed bipolar? I don't believe you. This is all very common sense. I have seen college professors check themselves into hospitals while experiencing intense episodes of mania for 5 days or less and check out and you would not know the difference. Furthermore, it would be discrimination against individuals with disabilities applying for positions in law enforcement.

I have brought to Judge Dimitrouleas's attention numerous times that I have not received a SINGLE visit from my public defender or my discovery. I have a master's degree in clinical psychology. How do you evaluate competency, if I understand the charges, the consequences, and if I am able to aide in my defense when I never received a single visit from my public defender or most importantly my discovery? Judge Dimitrouleas keeps sending me letters "we will discuss this later," it makes absolutely no logical sense! You will never have a good enough reason to discuss child abuse at a later date, or why Oxbridge Academy was not placed on school lockdown, the police were never contacted (police jurisdiction), and why it took MONTHS to arrest me after the Emails were sent with no bond?

How is it that my friend David Plauffe, that tragically died, was able to hack into Brittney Goldberg's exboyfriend/rapist's phone and tried warning me that he was a serial rapist. That he uses GHB on his victims, which includes Brittney Goldberg, but the US Secret Service remains "clueless" that a bunch of rapists such as Brittney Goldberg's father (childhood pedophile), Brittney Goldberg's brother (childhood rapist) and exboyfriend cannot be reached with technology designed for law enforcement? That they stopped going into work shortly after my arrest in August, 2023. While I have been complaining that they are in the detention centers through electronic means and have access to non-lethal weapons and V2K technology assaulting us. Before

TRULINCS 73972510 - FIORENZA, TRACY - Unit: CRW-E-I

----

the suggested polygraph statements were sent to Goldberg & Goldberg law firms in Chicago and Maryland my good friend in the Arts Edward Lee was contacted because there was a statement involving Brittney Goldberg's father threatening Edward Lee's life on the list. When Edward Lee, former Mayor of York, South Carolina, for 20 years, poet, history major, college professor and published author, could not reach the Goldberg family with technology designed for law enforcement he instructed the suggested polygraph statements to be sent out and demanded to enter the Miami FDC through electronic means with Judge Dimitrouleas at the end of February, 2024. Edward Lee and his family have been in a hostage situation through electronic means with non-lethal weapons along with Professor Paul Franks, his family, and Brittney Goldberg. Again, Our Facebook messages, Edward Lee and I, are in the United States Secret Service Office in Chicago, IL., with Sandra Trullijo, he was trying to get help through former Mayor Lori Lightfoot over the Hollywood pedophile ring n the Arts with leader Don Trump Sr. Please respond immediately.

Thank you for your valued time,

Tracy Fiorenza