FILED BY ___ D.C.
AUG 07 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Please file this with my case

Case # 9:23-cr-80164-WPD
the USA v. Tracy Fiorenza

Thank you for your valued time,

Tracy Fiorenza

To Whom This May Concern,

My friend Edward Lee, former Mayor of York, South Carolina, for 20 years became involved and is in a hostage situation through electronic means. It is an emergency. Our Facebook messages were provided to Sandra Trullijo US Secret Service agent at the 2 hour long recorded meeting in Chicago, IL. Edward Lee contacted former Mayor of Chicago Lori Lightfoot who as indicated on the polygraph test took money. Please help!

Thank you for your valued time,

Tracy Fiorenza

<u>EXPOSE</u> the Hollywood pedophile ring in the Arts with leader Don Trump Sr.!

TRULINCS 73972510 - FIORENZA, TRACY - Unit: CRW-E-I

---

FROM: 73972510
TO:
SUBJECT: US ATTORNEY'S OFFICE
DATE: 07/25/2024 03:42:22 PM

United States Attorneys Office,

I am writing this Email and documenting it with my attorney. I have asked numerous times to file the following exculpatory evidence with the Clerk's Office of the Southern District of Florida. It is illegal not to expose evidence that may suggests the innocence of the defendant. The following exculpatory evidence was provided to Sandra Trullijo from the United States Secret Service in Chicago, IL, during our July, 2023, 2 hour long recorded meeting about the Hollywood pedophile ring in the Arts with leader Don Trump Sr.

1. A letter from the Inspector General's Office of the United States Army in the Pentagon, Michael SABB (provided to Sandra Trullijo US Secret Service Agent at 2 hour long meeting). This letter provides Barron Trump's school contact information and suggest that I speak with Robert Kosasky, Head of Saint Andrew's Episcopal School in Maryland, about, "releasing Barron Trump's school records" which are grades and attendance. REWIND the LIVE recorded satellite. Barron Trump never attended a SINGLE day of classes at either Saint Andrew's Episcopal School in Maryland or Oxbridge Academy in West Palm Beach, Florida! The United States Army rarely makes mistakes! Barron Trump is also significantly below grade level despite being branded in the media with a genius IQ in both the sciences and the arts!

2. Edward Lee, former Mayor of York, South Carolina, for twenty years, college professor, published author, Facebook messages (hard copy). Provided to US Secret Service Agent Sandra Trullijo at 2 hour long recorded meeting. Edward Lee contacts former Mayor of Chicago Lori Lightfoot about the Hollywood pedophile ring in the Arts with leader Don Trump before taking and passing the polygraph test administered by former law enforcement agent Brad D Kelly. This polygraph test indicates that Lori Lightfoot took money. I would like to know what is delusional about the polygraph test? It states Lori Lightfoot said she was taking money? Not to take my clothes off and swim in Lake Michigan! I was told by Officer Dulko, from the Montgomery County Police Department, to take a polygraph test while Barron Trump attended school at Saint Andrew's Episcopal School in Maryland. That the polygraph test would be used as preliminary evidence to start an investigation. Evidence is not even required legal protocol as a mandated reporter which includes physically seeing the student. This is what caused the "threatening" Emails in self-defense to be sent in the first place. I am a school teacher and the staff was refusing to follow LEGAL protocol with their student Barron Trump as MANDATED reporters with my 180 description! Evidence is not even required I had a letter from the US Army providing his school contact number and a passed polygraph test indicating sexual violence and still protocol was not followed. The Police were not even contacted by Oxbridge Academy and according to the Florida Attorney General's Office this complaint falls under local police jurisdiction. I would like to see "Special" Agent John Leare's argument that a delusional person can pass a polygraph test without it being indicated in the results PUBLICALLY! The US Secret Service, FBI, local law enforcement, and federal government all hire, fire, and promote based off the polygraph test. Furthermore, it would be discrimination against individuals with disabilities applying for positions in law enforcement.

3. Oxbridge Academy flyer (provided to Sandra Trullijo at US Secret Service meeting). The prosecutor at the Chicago bond hearing lied and stated, "I went down to Oxbridge Academy in a dangerous manner to make sure that this is where Barron Trump went to school. I went down to Oxbridge Academy to pass out flyers to parents before school after contacting the US Secret Service numerous times about the Hollywood pedophile ring in the Arts with leader Don Trump and nothing was being done. Agents took pictures of the flyers, polygraph test, letter from the US Army, at the gas station next to Oxbridge Academy and Agent Frank from the US Secret Service sent the Police to Barron Trump's location to make sure that he was okay in exchange for me not to pass out my flyers. Barron Trump is both a victim and a dangerous offender in the Hollywood pedophile ring in the Arts with leader Don Trump Sr. The West Palm Beach Police or Sheriff (I cant remember) went to Barron Trump's location and said, "he was okay and they were completing the necessary paperwork at the gas station." This paperwork also needs to be filed with the Clerk's Office of the Southern District of Florida! I have been in jail for almost a year now dealing with pretrial as a "danger to the community" with no bond because of the prosecutor in Chicago!

CASE # 9:23-cr-80164-WPD
the USA v Tracy Fiorenza

Thank you for your valued time,

Tracy Fiorenza

*[signature]*

TRULINCS 73972510 - FIORENZA, TRACY - Unit: CRW-E-I

---

FROM: 73972510
TO:
SUBJECT: Evidence On My Side....
DATE: 07/07/2024 12:11:50 PM

1. Michael SABB, Inspector General of the United States Army in the Pentagon letter. Provides Barron Trump's school contact information and suggests, "speaking to Robert Kosasky about releasing Barron Trump's school records." School records consist of grades and attendance. Both are legal documents. I contacted the United States Army because they are trained with the technology, non-lethal weapons, involved with the Hollywood pedophile ring in the Arts with leader Don Trump Sr.

2. Letter from the United States Navy providing Barron Trump's school contact information.

3. Polygraph test administered by law enforcement agent Brad D. Kelly. Officer Dulko from the Montgomery County Police Department suggested taking a polygraph test and that it could be used as preliminary evidence while Barron Trump was enrolled at Saint Andrew's Episcopal School in Maryland. The polygraph test indicated that former Mayor Lori Lightfoot from Chicago took money, sexual violence between Don Trump Sr., Calvin Harris, Barron Trump, and the Hollywood community, and that there is evidence with President Christopher Eisgruber at Princeton University. This is very practical being it is an Ivy league university with non-lethal weapons. A delusional state would be reflected in the results beyond the standard percentage of error of a reliable test measure. After analyzing the Edward Lee Facebook messages that were exchanged prior to taking and passing the polygraph test, there is absolutely NOTHING delusional about the statements. It reads Lori Lightfoot said, "she was taking money" after Edward Lee contacted her office NUMEROUS times about the Hollywood pedophile ring in the Arts with leader Don Trump Sr. it did NOT state, "to take my clothes off and to swim in Lake Michigan." Delusions defined are persistent, irrational beliefs, that lack evidence.

4. LIVE recorded Satellite (the USA v Kimberly Duffney). Barron Trump has not attended a SINGLE day of classes at either Saint Andrew's Episcopal School in Maryland or Oxbridge Academy (US Army letter/grades & attendance). Although Barron Trump is branded in the mainstream media with a genius IQ in both the Arts and Sciences, in reality, he is SIGNIFICANTLY below grade level. Barron Trump is physically unrecognizable from the yearly school pictures the Trump family sent into the schools. Barron Trump's face is SIGNIFICANTLY rounder and his eyes rotate involuntarily.

5. Goldberg & Goldberg work attendance. Brittney Goldberg's (VICTIM) father (childhood pedophile) and brother (childhood rapist) stopped attending work shortly after my arrest in August 2023 and became involved with the Hollywood pedophile ring in the Arts with leader Don Trump Sr. They are too embarrassed to return to work after the suggested polygraph statements were sent to the Chicago and Maryland offices in February, 2024.

6. Brittney Goldberg's exboyfriend/rapist (may appear current on social media) stopped attending work shortly after my arrest and lost his job. How is it that David Plauffe could hack into his phone and tried warning me that he was a serial rapist that used GHB on his victims which includes Brittney Goldberg but the US Secret Service in the courtroom remains clueless that all these sex offenders are missing from work while I am complaining they have been inside the detentions centers through electronic means with the Hollywood pedophile ring in the Arts?

7. Megan O'Donnell illegally obtained technology designed for law enforcement from James O'Donnell that worked for the Chicago Police Department. This includes login information with the capabilities of entering buildings and private homes. Technology with the capabilities of hearing the slightest sounds. Names come up on monitors and exactly what was said. Megan O'Donnell was being a sex offender with this technology in my private home with her friends; Nichole Lumpkin, Jillian Valentino, Cate Nielsen, Becky T, and Leslie. None of these woman including Megan O'Donnell's mother will be able to be reached with the same technology they illegally gained access to. Same with the Goldberg family and with Brittney Goldberg's exboyfriend/rapist that is unemployed.

8. No school lockdown
   No local police contacted (local police jurisdiction)
   Took months to arrest me after the "threatening" Emails were sent in self-defense
   No bond? No sense!

9. Edward Lee Facebook messages. Edward Lee is the former Mayor of York, South Carolina, for 20 years, college professor, history major, and published author. Edward Lee has 20 years experience working side-by-side the Chief of Police of York, South Carolina, and is knowledgeable with Art and government technology, such as LIVE satellite, V2K, etc..... Edward Lee acknowledges the people involved in my case, the Trump family, are in fact in my life and contacted the former Mayor of Chicago, Lori Lightfoot's office numerous times before I took and passed the polygraph test indicating that Lori Lightfoot stated

TRULINCS 73972510 - FIORENZA, TRACY - Unit: CRW-E-I
--------------------------------------------------------------------------------

that, "she was taking money."

10. My Facebook profile Tracy Fiorenza Rothschild was taken down after my arrest and backed by Ivy league PROFESSORS Daniel T O'Hara, former faculty from Princeton University, and Professor Paul Franks faculty at Yale University, exposing the Hollywood pedophile ring in the Arts with leader Don Trump Sr.

11. Florida Attorney General's Office Emails indicating my complaint falls under local police jurisdiction. Most of the contact with the Hollywood pedophile ring in the Arts with leader Don Trump Sr. is through electronic means with psychotronic weaponry and advanced technology such as V2K. Please see specific examples of abuse and death threats as indicated in the numerous Emails sent to Barron Trump's educational institutions.

Name Tracy Fiovena
Reg. No. 73972-510
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
30 JUL 2024 PM 3 L

<>73972-510<>
Clerks Office & District
400 N Miami AVE
Miami, FL 33128
United States

33128-180159