TRULINCS 73972510 - FIORENZA, TRACY - Unit: CRW-E-I

---

FROM: 73972510
TO: Perchpleff Law Enforcement
SUBJECT: This will give you a waaay better idea.....
DATE: 06/17/2024 07:27:43 PM



FILED BY _____ D.C.
AUG 19 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Case # 9:23-cr-80164-WPD
Case Name: the USA v Fiorenza

To Whom This May Concern,

My name is Tracy Fiorenza. I am currently awaiting trial after threatening to shoot Don Trump Sr. and Barron Trump in self-defense. I am contacting individuals that might be able to assist in EXPOSING the Hollywood pedophile ring in the Arts with leader Don Trump Sr. MOST of the contact is through electronic means with psychotronic weaponry and advanced technology such as V2K. Although the US Military is trained with non-lethal weapons, according to the Florida Attorney General's Office, the US Military, and the Chicago FBI, my complaint falls under local police jurisdiction. There is a very good article published by The Washington Post entitled, Mind Games. It discusses some of the obstacles reporting non-lethal weapons to the local police. I will take a polygraph test and verify ANY of the following information as accurate and answer ANY questions relevant to topic. The United States Secret Service, FBI, federal government and local law enforcement, all; hire, fire, and promote, based off the polygraph test. Let me begin by explaining how the people involved in my case became part of my life, the Trump family.

A woman by the name of Megan O'Donnell illegally obtained technology that was designed for law enforcement. Megan O'Donnell's grandfather, James O'Donnell, worked for the Chicago Police Department. This technology designed for law enforcement includes; LIVE satellite, with login information capable of entering buildings that included my private home and technology capable of hearing the SLIGHTEST sounds. Names come up on monitors and exactly what was said by programming in the different frequencies. Megan O'Donnell and her friends; Nichole Lumpkin, Cate Nielsen, Jillian Valentino, Leslie?, and Becky T., were being sex offenders with this technology in my private home. Former roommates and friends of Megan O'Donnell told me that, "I would need to go to the Police for help." These woman will not be able to be accessed by law enforcement with the very same technology they illegally obtained from James O'Donnell. Oprah Winfrey attempted to coverup Megan O'Donnell obtaining technology designed for law enforcement illegally. Despite Oprah Winfrey going public in 2020 on social media denying claims of human trafficking, OWN Network is in FACT affiliated with human trafficking and the Hollywood pedophile ring in the Arts. Like the Hollywood pedophile ring in the Arts, MOST of the contact with the human trafficking is through electronic means with psychotronic weaponry or "non-lethal weapons," referred to by the US Military and advanced technology such as V2K. Don Trump Sr. bragged through V2K technology about murdering Chester Bennington the lead singer from the band Linkin Park and Chris Cornell the lead singer from the band Audioslave and Soundgarden who planned on exposing the Hollywood pedophile ring in the Arts and human trafficking. Chris Cornell was ruled a suicide because nobody was seen leaving or entering the hotel room. They were already inside through electronic means. Non-lethal weapons can manipulate endorphin levels. Again, I will verify any information while hooked up to a polygraph test and answer any questions relevant to topic. During the time Megan O'Donnell was in my home through electronic means, I "witnessed" her father and Jillian Valentino's mother in the Arts. Oprah Winfrey gave Megan O'Donnell and her friends access to advanced military technology such as V2K and the woman were highly abusive. This lasted from George Bush Jr.'s term to the end of Barrack Obama's term. When Don Trump Sr. took office in 2016 he replaced Megan O'Donnell and her friends with members of the Hollywood pedophile ring in the Arts. Since, it has been non-stop assault and abuse with V2K technology and case study narcissism!

I am a school teacher from Chicago, IL., and the Hollywood pedophile ring in the Arts, including Barron Trump, followed home my former students and staff from my previous work places. I did not know what to do. Standard law enforcement is not trained with non-lethal weapons, even though it falls under local police jurisdiction. I contacted Michael SABB the Inspector General of the United States Army in the Pentagon. I received a letter back providing Barron Trump's school contact information suggesting, "I speak with Robert Kosasky about releasing Barron Trump's school records." School records consist of grades and attendance which are both legal documents. Barron Trump has not attended a SINGLE day of classes at either Saint Andrew's Episcopal School in Maryland or Oxbridge Academy. I know this information from the non-stop assault through V2K technology. The members of the Hollywood pedophile ring in the Arts, including the minors involved, stay awake all hours on military technology! Don Trump Sr. has bragged through V2K technology about Barron Trump participating in masturbation while a former student of mine, Alondra, was being remotely sexually stimulated using non-lethal weapons. I complained to _____ institution and both institutions refused to follow legal protocol as mandated reporters! This

includes physically seeing the student which is also common sense! Barron Trump is physically unrecognizable from the yearly school pictures that are sent into the educational institutions. Barron Trump's eyes rotate involuntarily and his face is significantly rounder. Although Barron Trump is diagnosed with a genius IQ in both the Arts and Sciences, in reality, he is significantly below grade level.

I contacted my good friend in the Arts Edward Lee, former Mayor of York, South Carolina, for 20 years, poet, college professor, history major, and published author, about the Hollywood pedophile ring in the Arts. Edward Lee contacted former Mayor of Chicago Lori Lightfoot. As indicated on statement one of the polygraph test administered by law enforcement agent Brad D. Kelly...

Lori Lightfoot stated to, "suck her dick" and that "she was taking money." (PASSED)

Judge Dimitrouleas ruled with the competency evaluation prepared by Psychologist Lauren Schumacher that I passed the polygraph test administered by law enforcement agent Brad D. Kelly because it reflects to the degree I believe my own delusions to be true. Delusions are persistent false beliefs that lack evidence. Lori Lightfoot has a previous lawsuit with similar inappropriate language about her "dick size." Lori Lightfoot is the previous Mayor of Chicago, where I reside. Edward Lee, former Mayor of York, South Carolina, contacted Lori Lightfoot about the Hollywood pedophile ring in the Arts with leader Don Trump prior to taking and passing the polygraph test. It states, "Lori Lightfoot took money" not to, "take my clothes off and swim in Lake Michigan." Psychologist Lauren Schumacher refuses to believe that V2K technology does in fact exist. Both the Central Intelligence Agency (CIA) and the United States Army have published information on this technology. Edward Lee also acknowledges V2K technology exist in our Facebook messages (hard copy) that were provided to US Secret Service Agent Sandra Trullijo at our two hour long meeting in Chicago, IL. You don't record and spend two hours talking to someone at a meeting to later claim they are delusional in the courtroom. I have a master's degree in clinical psychology and this pretrial has damaged my name and credentials. My social media and Facebook page Tracy Fiorenza Rothschild, username Poetryinmyveins@gmail.com was illegally taken down and supported by Ivy League professors Paul Franks from Yale University and former faculty Daniel T. O'Hara from Princeton University. Finally in Lauren Schumacher's competency evaluation she states, "I contacted numerous politicians and law enforcement agencies about Barron Trump's school attendance and affiliation with a pedophile ring." Rewind the recorded LIVE satellite (the USA v. Kimberly Duffney). Barron Trump has not physically attended a single day of classes at either Saint Andrew's Episcopal School in Maryland or Oxbridge Academy. Statements 2 & 3 on the polygraph test demonstrates threats and sexual violence between Don Trump Sr., Calvin Harris, Barron Trump and the Hollywood community. Statement 4 on the polygraph test indicates there is evidence with President Christopher Eisgruber at Princeton University which is an Ivy League educational institution. This is very practical considering most of the weaponry is non-lethal weapons. Since the polygraph test was administered President Christopher Eisgruber has taken money and is involved with Don Trump Sr. Please explain what is delusional about this polygraph test? Officer Dulko from the Montgomery Police Department told me to take it and that it could be used as preliminary evidence! I am not the one incompetent for court! With the polygraph test administered by law enforcement agent Brad D. Kelly indicating sexual violence and Barron Trump and the letter from the United States Army in the Pentagon proving his school contact information it is, "failure to report suspected child abuse," on the state and federal level! It is ridiculous, illegal, and uneducated, for Judge Dimitrouleas to keep stating we will talk about the topic of child abuse later. It will be close to a year time this topic enters his courtroom! Although the US Secret Service claims they are not mandated reporters in the state of Florida EVERYONE is mandated! "SUSPECTED" child abuse.

The entire pretrial does not make any logical sense. Oxbridge Academy was never placed on school lock down, the police were never contacted (police jurisdiction), I was allowed to leave the meeting with US Secret Service Agent Sandra Trullijo, I was not arrested until months after the threatening Emails were sent in self-defense, then suddenly I am a "danger to the community" with no bond. I teach in the intercity of Chicago, IL. The school would have been slammed on lockdown and not lifted until the person that sent the threatening Emails was in police custody. Oxbridge Academy had my name, phone number, and address. The entire point of the threatening Emails in self-defense is that they would have to physically see Barron Trump with my 180 description before they could arrest me!

Don Trump Sr. made the fatal mistake of getting my girlfriend Brittney Goldberg (VICTIM) her exboyfriend/rapist (OFFENDER) and nuclear family (OFFENDERS) involved shortly after my arrest in August, 2023. Brittney Goldberg's father (childhood pedophile) and brother (childhood rapist) stopped attending work at Goldberg & Goldberg law firms in Chicago and California. Brittney Goldberg's exboyfriend/rapist (may appear current on social media) stopped attending work shortly after my arrest and lost his job. My former good friend, David Plauffe, who tragically died, hacked into Brittney Goldberg's exboyfriend/rapist phone and tried warning me he was a serial rapist and used GHB on his victims. This includes Brittney Goldberg. How is that David Plauffe knew this information but the United States Secret Service in the courtroom remains "clueless" that they cannot access these sex offenders with the very same technology that Megan O'Donnell gained access to? In February, 2024, I sent out suggested polygraph statements to the Goldberg & Goldberg law firms in Chicago and Maryland. They were specifically held

TRULINCS 73972510 - FIORENZA, TRACY - Unit: CRW-E-I

----------

up at the Miami FDC and my friend Edward Lee, former Mayor of York, South Carolina, for 20 years, was contacted. One of the statements on the polygraph test was Brittney Goldberg's father threatened Edward Lee's life. Judge Dimitrouleas contacted Edward Lee who could not reach the Goldberg family with technology designed for law enforcement and instructed the suggested polygraph statements to be sent out. If it was probably cause to send the suggested polygraph statements to the law offices how am I still being detained for a "threatening" Email in self-defense? Edward Lee and Judge Dimitrouleas demanded to come into the detention center where I was being held. Judge Dimitrouleas became involved with Don Trump Sr. and Edward Lee, his family, Professor Paul Franks from Yale University, his family, and Brittney Goldberg are in hostage situations through electronic means with non-lethal weapons! Don Trump Sr. has bragged numerous times through V2K technology about hiring the hijackers on 9/11 with his business partner Oprah Winfrey to profit from the war! Please respond immediately!

Thank you for your valued time,

Tracy Fiorenza

*Tracy Fiorenza*



Clinical Forensic Polygraph Examiner

## Personal & Confidential

Exam Date: June 8th, 2022,   Exam #: 06-856622   Exam Type: Confirmation of Statement / Utah Zone
Exam Location: Merrillville Indiana
Requested By: Self Requested   Examiner: Brad D. Kelly

On the above date a polygraph examination was administered by means of a Stoelting CPS II. The instrument measures respiration, psycho galvanic skin response, relative blood pressure and pulse, recording on moving graphs.

### Examinee Information:

Name: Tracy Marie Florenza    SSN: 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   DOB: 5/24/1982   White / Female
Address: 5800 North Sharonton Road Apt. 503 Chicago, Illinois 60660
Phone: 312-259-3914

### Examination Request Information:

On June 8th, 2022, I conducted polygraph exam on the examinee concerning statements she had made to various people and organizations. The questions for the polygraph that she requested to be used are not polygraph standard questions and are not to be used for any scientific basis and not any criminal or civil action. The examinee states that various people including the Trump organization uses voice to skull technology to communicate. There is no scientific data to support this theory. The examinee wanted the below questions to be asked to determine if she believes the questions to be true.

### I. Pre-Test Phase

During the pre-test phase, the Examinee was carefully questioned at length regarding the above stated issues and related the following information to the Examiner. The examinee was questioned at length concerning the allegations. The examinee did not offer any additional information.

### II. Instrumentation Phase:

During the instrumentation phase, the following questions were asked one or more times after being carefully reviewed in advance with the Examinee.
**Answer:    Question:**

**R-1 Yes   Did mayor Lori Lightfoot state to you suck her dick and that she was taking money through voice to skull technology?**



Clinical Forensic Polygraph Examiner

R-2 Yes   Did Calvin Harris threatened Gavin and Mindy Rossdale's son through voiced to skull technology?

R-3 Yes   Did Baron Trump state through voice to skull technology he witnessed Calvin Harris and his father sexually abuse people in Hollywood?

R-4 Yes   Is Christopher Eisgruber in your home with advanced technology that can be used as evidence?

## III. Results

Following the collection of all polygraph charts, and after precise review of the polygrams, it is the opinion of the Examiner, Brad D. Kelly that the polygraph examination resulted in the following conclusion:

[X] **NO DECEPTION INDICATED**: The Examinee's polygrams did not contain reactions indicating abnormal physiological or significant physiological responses and in the opinion of the Examiner, the Examinee *was being truthful* in answering the above relevant questions.

It is therefore the opinion of this examiner that **no deception** was indicated, and there **are no unresolved** issues that remain at the conclusion of this polygraph examination.

## IV. Post Test Interview

Upon completion of the polygraph examination a post test interview was conducted with the examinee. The examinee did not offer any additional information.

## V. Notes

See Video for additional details.

*Brad D. Kelly*

**Brad D. Kelly**, Clinical Forensic Polygraph Examiner
Indiana License #0369
Ohio No License Required
Missouri No License Required
New York No License Required

Tracy Fiorenza
312 259-3914

This IS former Mayor Lori Lightfoot of Chicago. Please see the first statement on the polygraph test!! My friend, former Mayor of York, South Carolina, for twenty years, contacted her office about the Trump family Hollywood pedophile ring in the Arts!

Edward Lee



"My dick is bigger than yours," she allegedly said while berating the officials over a deal they made with a community group.

Enter

Edward


Enter

Edward


You should get one. They are bottom feeders, but they CAN be helpful!

Enter

Mar 11, 2021, 7:26 PM
You sent
I just wanted to document Calvin Harris and Taylor Swift said they were going to kill my mom over their names. They refuse with the other celebrities involved to leave my home. My parents were over today. I could not even visit with the nonstop talking. Can you think of any ways to speed this up? I spoke with officer Langley about the issues and he said since Barron goes to school at Saint Andrew's Episcopal in Maryland they must be the ones to call social services and law enforcement. The information I posted is extremely accurate hence no secret service presence. I have called them numerous times. Ugh, I need help

Enter

Edward


I have contacted Mayor Lightfoot twice. I will do it again.

Enter

You sent
Thank you SO much.

Enter

Edward


Enter

22

DEPARTMENT OF THE ARMY
OFFICE OF THE INSPECTOR GENERAL
1700 ARMY PENTAGON WASHINGTON
DC 20310-1700

June 18, 2020

Assistance Division

Tracy Fiorenza
tracymariefiorenza@gmail.com

Dear Ms. Fiorenza:

This letter acknowledges receipt of your June 10 and June 14, 2020, correspondence to the Department of the Army Inspector General regarding multiple allegations and your request for assistance regarding Mr. Robert Kosasky of Saint Andrew's Episcopal School and the release of school records for Barron Trump.

The matters you presented do not fall under the purview of the Department of the Army Inspector General. There are other forms of redress regarding your request for assistance regarding Saint Andrew's Episcopal School and the release of Barron Trump's school records.

You can contact Saint Andrew's Episcopal School in Potomac, MD via phone at 301-983-5200 to discuss the aforementioned issues regarding Mr. Kosasky and the request for school records. We will consider this matter closed. When contacting this office, please refer to case number DIH 20-1310.

Sincerely

SABB.MICHAEL.ANTHONY.10  Digitally signed by SABB.MICHAEL.ANTHONY.1 045459400 Date: 2020.06.18 16:40:57 -04'00'

MICHAEL A. SABB
Lieutenant Colonel, U.S.
Army Inspector General

45 459400

