I would like to file the following
evidence in my case.

Tracy Marie Fiorenza

Case Name: USA v. Tracy Fiorenza

Case # 9.23-cr-80164-wpd

FILED BY MC D.C.

AUG 28 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

(3 Documents)

**Edward Lee, former Mayor of York, South Carolina, for twenty years.**

**8/29/20, 8:05 AM**
Edward



Best wishes to you in Chicago, Tracy! Enjoy your weekend.

<u>Enter</u>

**8/29/20, 8:31 AM**
You sent
Thank you so much. Likewise in South Carolina. I heard it is a beautiful state.

<u>Enter</u>

Edward



Yes, it is. This morning, during my walk, I smelled FALL!

<u>Enter</u>

You sent
I can't believe we are towards the end of summer already.

<u>Enter</u>

Edward



Stay healthy and have fun!

<u>Enter</u>

You sent
Thank you so much. I will try my best : )

<u>Enter</u>

Edward



Keep in touch, Tracy!

<u>Enter</u>

**8/29/20, 9:19 AM**
You sent
I most definitely will. Hopefully sooner than later : )

<u>Enter</u>

Edward



The remnants of Hurricane Laura are making their way through the Up State.

<u>Enter</u>

You sent

Enter

Edward


For South Carolina, this is a small one. Poor Louisiana!

Enter

**9/3/20, 2:52 PM**
You sent
Mr. Lee, I was hoping you might be able to help me with a problem I am having with the Trump family pedophile/incest ring through electronic means with access to psychotronic weaponry and LIVE GPS/Satellite. I will do my best to explain it in this letter, however, entering my home through electronic means would be a lot easier because they are still harassing me 24/7 and I believe you would get more information that way. How did the Trump family pedophile/incest ring through electronic means with access to psychotronic weaponry and LIVE GPS/Satellite came into my life? In 2008-2009 my workplace Harper High School was contacted by Oprah Winfrey and Megan O'Donnell 'and friends.' Prior my computer was hacked with "Megan walks one powerful pussy" and "someone's father did it to him." My high-school graduating class, social network, and workplace (Harper High School). The staff. student's, and administration at Harper High School in Chicago Public Schools during 2008-2009 can be contacted to verify Oprah Winfrey was in my home and created a "interactive show" that was not recorded showing off LIVE Satellite/GPS and government technology. The two themes were 9/11 and "Paranormal Activity." Love the Way You Lie by Eminem was part of the 9/11 media in her "inactive show." Megan O'Donnell had obtained government technology because her grandfather, James O'Donnell, worked for the Chicago Police Department. She also has military in her family. She was watching me in my home with LIVE Satellite and technology that "picked up the SLIGHTEST" sounds." Megan O'Donnell and her friends would watch me in a derogatory way and people knew about it and were talking about it. There were a bunch of physical signs at Leslie's (Megan O'Donnell's friend) apartment where This UNWANTED "interactive show" lasted over a decade and ended when the Obama's left office with Megan O'Donnell and friends. During their "interactive show" I had witnessed Megan O'Donnell's father and Jillian Valentino's mother, The "Paranormal Activity" part. There is SO much more to say about this part, it would be easier if you could enter my home through electronic means with technology. Everything from knives sticking straight up in my friend's foot they contacted with their show to hooked up to "rape simulation programs." I really hope you will be able to Megan O'Donnell as well When Don Trump St. took office and Megan O'Donnell and friends were removed through electronic means, Don Trump Sr., started issuing out advanced technology to the celebrities involved in the pedophile/incest ring through electronic means with access to psychotronic weaponry. Some of the celebrities such as Taylor Swift, Lana Del Rey, Frances Bean Cobain, Courtney Love, Florence and the Machine, Rihanna, Jade Fenty, are victims of severe sexual assault with the technology. I will say assault because with the psychotronic weaponry it feels physical at times. Don't Trump Sr. has played videos in my head stroking Barron inappropriately. Barron Trump appeared to be passed out. The Trump family has used psychotronic weaponry to abuse me by putting incest and pedophilia with my own family in my head. This is a HUGE problem in the arts with many artists. Don Trump Sr., has bragged about murdering family members of mine (Grandma Alice Puriski) with psychotronic weaponry and "steal pulse." Don Trump Sr., and Bill Gates have put programs in my head simulating my mom finding out her mother was murdered. The Gates put MOST of the orders through for Oprah Winfrey and the Trump family. All of which the people involved (Obama's/Tump's/Oprah have educations like Barron Trump who has not been to school in YEARS, with no private tutors, branded IQ's.. Most likely you will not be able to see the celebrities and politicians involved. I was thinking you could possibly network/organize where you could gain access? The VERY few law enforcement that have access have been paid off and they don't pass their notes down properly. Please enter my home through electronic means, you have my consent to my intellectual property to make an arrest and to bring as many people needed. As a teacher, I know the law. They can be arrested through Saint Andrew's Episcopal in Maryland. The family absolutely REFUSES to be "seen" IN-PERSON there. I have never worked for an administration that would have called the military a long time ago after all the reports and complaints of abuse. Robert Kosasky is the only people over there that has "seen" Barron in person before. IN PERSON Don Trump Sr, Eric, and Don Jr. all wear wigs. Don Jr., and Eric are SIGNIFICANTLY overweight. Eric and Don Jr., have both bragged about pedophilia and incest with Ivanka Trump. They also all bragged about defecating in Lara and Vanessa's mouths. The harassment is 24/7 NON Stop. Don Trump Sr. has bragged NUMEROUS times about hiring the hijackers on 9/11 with Oprah Winfrey to profit from the war. There is technology in the White House that rewinds. They will be watching you as they are watching me type this letter. There is an unnamed agency in my

floor and made Don Jr.'s brain shake so hard that my brain nearly started shaking the next day because I could feel it while it was going on. Chris Eisgruber the President from Princeton was there to witness this through technology. I am highly psychic and feel everything. I was also possessed when I was 19 yrs. old in a mafia owned house in Little Italy Chicago. The agency also woke me up twice while the Trump family, including Barron Trump, were administering technology to my head while I slept. It felt VERY strong almost a chisel sound when I awoke. Very intense technology they use to better control individuals with psychotronic weaponry. There is a lot of sexual sadism and sadism involved and abusing people with psychotronic weaponry. Case study sociopaths! This will explain why you can't see celebrities and artists but Don Trump Sr., can. He is evil and a HUGE pedophile! Ivanka Trump was groomed as a little girl and now is consensual with her father is an open relationship. All members are bi-sexual and expected to share partners in the Trump family. The flashed picture of my family engaging in incest. Don trump Sr. have also flashed pictures of Vanessa's baby vaginally raped and bleeding. The children involved in the Trump family have also bragged about murdering people and they are also watching you. They are sectioning people off and making it appear to be a natural cause. Commander Elizabeth Hattenberg of 1D is NOT moving fast enough! After sending this letter to the US Army inspector general in the pentagon I received a letter that recommended I ask Robert Kosasky, Head of Middle School at Saint Andrew's Episcopal in Maryland for Barron Trump's school records. I called Saint Andrews Episcopal and they are not cooperating. What would make this a lot easier because it has been such a long time and the Trump family and their pedophile ring are still in my home 24/7 harassing me is that you enter my home through electronic means. Former mayors Richard Daley Jr. and Rahm Emanuel are present with technology. I am not sure if it is standard or they received it from Don Trump Sr.? You are more than welcome to use your own judgment and break any privacy laws necessary. Tell and bring as many people as necessary. I am currently on unemployment and don't know what to do because I cannot work with minors anymore and they were following the student's home from my previous workplaces. Two of my previous bosses know about this and believe it is going on. They couldn't understand why there was no Secret Service present and that Saint Andrews Episcopal in Maryland did not respond. Don Trump Sr. was bragging about sexually stimulating students (Alondra Morales) and masturbating with Barron as they watched. Don Trump Sr. bragged about using psychotronic weaponry to make students intentionally ill, Araceli Blanco. She was missing nearly the entire quarter. When Araceli Blanca came back she told me the doctors could not figure out what was wrong with her. When I got home they started demonstrating the technology on me, such as, raising my temperature, and said that is one thing they were doing that to Araceli. This is when I worked at the Instituto Health Science Career Academy in Chicago. I really hope you can direct me someone or contact the proper authorities/people. All I know is this IS going on every day. I am harassed 24/7 by Don Trump Sr. and his pedophile ring through electronic means with access to psychotronic weaponry and I want it to stop more than "money" or "fame" for being a witness. My experience has to do with pedophilia and the media they created my social network with and workplace. Please let me know. I have a feeling you are an artistic man that will be able to help. An ACCURATE Hathorne with a legacy nobody could touch. Megan O'Donnell and her friends know that they are guilty. The ghosts didn't start coming around until their "criminal intent porn through electronic means" PLEASE help! I promise you there is an unknown agency that will be protecting you.

Enter

Edward


Let me inquire!

Enter

You sent
You are the BEST!!!

Enter

Edward


Enter

9/27/20, 4:19 AM



Best wishes to you in Chicago, Tracy! I am a history professor in South Carolina.

Enter

You sent
Thank you. I definitely need them. I love history but if i could go back in time i would teach English. The one thing i admire about history is fact based learning. I dont care so much for fiction. At heart I am a dry history mayor as well : )

Enter

Edward


Great, Tracy! I stick with non-fiction because the facts are always fun to discover. Right now, I am wrestling with the post-WW2 years!

Enter

**10/31/20, 3:24 AM**
You sent
Hello, hopefully you are enjoying the holiday. I have a favor to ask you. I was guided Michael SABB and the Navy Inspector General to contact the Police about some of the issues I've talked about. I contacted them because I thought they would be better trained with psychotronic weaponry. The case was assigned to Detective Daniel Honda in Chicago Police Department. lot of information He may have a difficult time with the "art" part. Is there anyway you could contact him and help him. We need to get this evil pedophile ring arrested in arts so it can flurish with a live accurate witch trial. You have to see it under technology to know how absolutely accurate it is! I am going to send you what I sent Detective Daniel Honda if you don't mind.

Enter

You sent
Do you have an email address I could send it to, it's kind of long?

Enter

Edward


Try: leee@winthrop.edu

Enter

You sent
Thank you SO much I will email it now!

Enter

**12/13/20, 7:00 PM**
Edward


Best wishes to you, Tracy! Stay healthy.

Enter

**12/13/20, 9:42 PM**
You sent
Thank you, you too. I actually talked to a reporter yesterday about Barron Trump's lack of school

said he is going to investigate it and fly out there next month when they get back to school from break. I know for a fact Barron Trump's attendance bc the harassment has been non stop. Being a school teacher they are breaking a lot of laws at Saint Andrew's and are responsible for Barron the days they wrote he was present in order to issue grades! Grades and attendance are legal documents any law enforcement agency can obtain. I really hope they get arrested for what they have done to people. The Trump's and Oprah destroy the arts with psychotronic weaponry and increase suicide rates. I hope you are well and enjoying the holiday season.

Enter

**12/14/20, 12:47 AM**
Edward



Thanks for the update! I contacted the federal government.

Enter

**12/14/20, 9:13 PM**
You sent
Thank you SO much!

Enter

**12/15/20, 12:54 AM**
You sent
You give me hope you really do. Pedophilia can not be in the majority. His kids are very abusive too and allowed to use psychotronic weaponry on adults in the arts. I have tried to contact Robert Kosasky NUMEROUS times through email letters faxes voicemails. He just won't respond. Barron hasn't been there in YEARS!

Enter

You sent

🙏

Enter

**12/15/20, 1:37 AM**
You sent
I'm currently on unemployment and had to resign from my last three jobs telling the administration the Don Trump Sr.'s pedophile ring followed home students. He was bragging about using psychotronic weaponry to sexually stimulate students while the ring watched. This includes Barron Trump. I have complained to Saint Andrews Episcopal about this. He is also watching and followed home people that work at the school. The Trump family REFUSES to go back to the school. Robert Kosasky in my opinion belongs in jail for not following legal protocol as a mandated reporter. My administrations believed me because he wasn't responding and I CCD my boss to some emails. He just doesn't respond. And I can promise you it is going on. He is the leader of the Hollywood pedophile ring in the arts. He abuses artists with video pictures of incest and pedophilia in their heads with psychotronics.

Enter

**12/15/20, 1:56 AM**
Edward

Be careful, Tracy! Things should improve next month.

Enter

**12/15/20, 3:01 AM**

Enter

You sent
Thank you so much.

Enter

**12/15/20, 5:22 AM**
Edward


Enter

**12/16/20, 1:52 AM**
You sent
The reporter that was going to go up to the school contacted Saint Andrew's Episcopal in Maryland. They made it look like I was crazy because of the art part. I need help. Saint Andrew's Episcopal does not realize apparently with the art part they would be in my home. The Trump family Hollywood pedophile/rape ring in the arts is the only reason Megan ODonnell is walking. She is a sex offender like her father. Megan's father is still here and I witnessed pedophile paranormal activity with him. He molested Megan while he was here. That was his biggest crime he committed according to Megan. The experience was about pedophilia and rape. It was different then a possession. I want them arrested so bad. Im so SICK of pedophilia in my life.

Enter

You sent
But the reporter is not going to go up to the school anymore and blocked me thinking I was crazy

Enter

You sent
I'm so sad

Enter

**Jan 6, 2021, 5:57 AM**
You sent
In the media it said the Trump family is trying to transfer Barron Trump to Pine Crest in Ft Lauderdale. I contacted the communications office and tried warning them about "the Trump family Hollywood pedophile ring in the Arts" They followed home staff and students from my last three workplaces and Saint Andrew's Episcopal in Maryland. The Secret Service had me hospitalized saying "it was none of my buisness,". And "Barron Trump was in class.". The agent didn't understand the Art, the English, the Poetry part and why they would be in my residence to begin with. Michael SABB the Inspector General of the Universe States Army in the Pentagon wrote me back and even provided a phone number about speaking with Robert Kosasky about "releasing Barron Trump's school records.". The United States Army Inspector General would not suggest and provide a phone number if it was not extremely accurate. Robert Kosasky refuses to respond back after the Secret Service told him I was hospitalized and my medical information. People are not passing their notes down accurately. The SS agency didn't even bother to verify Barron Trump's attendance. Who was NOT present and assumed Barron Trump was in class. I have not heard from them in awhile. I couldn't imagine, you, me, the secret service and Michael SABB from the United States Army all in the same room with Robert Kosasky who knows Barron was not in class for YEARS! As a teacher I have never seen this before, neither have my prior administrations I resigned from telling them why. Nobody could understand why Robert Kosasky can just not LEGALLY respond? And how Saint Andrew's Episcopal in Maryland has hospitalization records they are giving out to reporters! Beyond of violation of my HIPPA laws. I was only brought to the hospital bc the secret service took me and their agent is NOT educated with art or psychotronic weaponry. I can promise you it's an accurate witch trial that proves that their is a soul. The things Don Trump Sr. bragg's about with his case study. Narcissism is repulsive. Absolutely no empathy, no respect for children sexually, his family is a cult in the arts. He is too comfortable with "voice to skull." He allows his children microphones and military technology. The harassment is non stop to the extent I know Barron Trump's attendance. Thank you for helping me. I really believe intuitively and artistically you could DEFINITELY handle leading the entire trial from the Hollywood pedophile ring in the arts to the Megan ODonnell part. I can tell by the

witch trial actually is. Megan ODonnell was allowed in my home through electronic means and KNOWS she is guilty. I am HIGHLY psychic like said I have witnessed three separate souls. I was possessed at 19 and some experiences happened while they were in my home. Oprah Winfrey tried to kill me but I have an unknown agency protecting me against my psychotronic weaponry. Don Trump Sr hit the ground at one point and Don Trump jr. Brain shook very intensely at one point. The agency is looking out for other good people they can see the artwork the way you do. I prefer to work under technology hooked up to Polygraph Lie Detector it NEEDS to be honest and accurate in order to glow. An accurate witch trial could get this country out of this Covid economy nightmare. Former Richard Daley Jr. is also in my home through electronic means. He doesn't really have anything in common with Don Trump Sr. or how the federal government plan to handle this yet. I mean they have to see your like and know you know I witnessed Megan ODonnell's father and what an evil demon he is regardless of the Medal of Honor he was presented while he was still here Megan ODonnell bragged...I PROMISE you it's an accurate trail I hope you can get access to Megan ODonnell and her reaction staring at that post : ). Even "hearing the slightest sounds" technology. Megan ODonnell was given access to voice to school technology. Such a depressing nightmare. Allowed to do whatever she wanted. After I witnessed her father and Jillian's mother my family was kept uneducated in the arts. While Megan and her family knew everything from watching me. They were in my home while I witnessed Megan's father and Jillian's mother..knew it was evil and we're asking if they were okay while I was hooked up to rape simulation programs with Megan ODonnell in my home. When I witnessed her father he mocked my living father who never abused me physically, & demons voice & kissed me. Dif. Properties I pushed the loser demon out SO fast. Don Trump Sr. bragged through voice to skull "how he didn't think what Megan's father did was that bad." He doesnt like my family or include them w the arts bc my father hates pedophilia and incest. Like most.

Enter

Edward



We live in a state where our government watches every step we take! Be careful and hope that the truth comes out!

Enter

**Jan 6, 2021, 7:19 AM**
You sent
I won't let you down it is VERY accurate. The only way I know how to do magic is honesty. I'm happy there is technology in the White House that rewinds as well. I really do prefer being under technology when I'm speaking because honesty and accuracy is HUGE to me. The celebrities involved also have technology that rewinds a d are witnesses. The problem is we need more and different agents to INNATELY keep out evils like pedophilia. Many of the celebrities and artists get abused and the few people in the agencies like the secret service that have access to artists don't accurately pass their notes down accurately! Pedophilia is not mainstream I pray it is exposed. 👣👣👣. I know you understand the evil of pedophilia by your Facebook page. I really hope they get arrested! I don't know what to do I resigned from my last three jobs because the ring followed home students and staff. I know he is a huge pedophile and in my home everyday who has followed me to work with voice to skull 😡😡Voice to skull is literally the way I know Barron Trump's attendance its been NONSTOP harassment. I pray one day Megan ODonnell and Jillian Valentino do get arrested and treated accordingly because MANY people have died a d are witnesses. They answered correctly. Christina Davis from the Woodberry Library told me "Possessions were rare, actually really rare.". Evil cannot remain on top. Goethe says, "I believe in God, Nature, and the triumph of good over evil. I have that tattooed on my body. Good NEEDS to be on top. It's NOT a perfect world but INNATELY more law enforcement having access to artists would prevent evils such as pedophilia from occurring. I am a school teacher and if people including Robert Kosasky would follow LEGAL protocol as mandated reporter a lot of things could have been prevented. It's the Secret Service. They have no right saying in crazy I know you intuitively see the trial with Megan ODonnell. It was her father! She was such a loser sex offender! 😡😡

Enter

Edward



Well said, Tracy!

Enter

**Feb 8, 2021, 10:32 PM**
You sent
Saint Andrew's Episcopal in Maryland is not responding to me. Even after the letter from Michael SABB who provided the phone number to talk to Robert Kosasky about "releasing Barron Trump's school records. Do you think you could try reaching out to them. Barron Trump is STILL in my home through electronic means EVERY DAY. To the extent I know his attendance and he has not been there in YEARS.

Saint Andrew's Episcopal NEEDS to follow LEGAL protocol as mandated reporters 🙏🙏🙏. Robert Kosasky will not respond to me. I have sent emails, faxes, phone calls, left messages, and sent letters complaining that Barron is involved in his father's pedophile ring! It is NON-STOP 24/7. They use military technology to stay awake. I don't know what else to do. I'm so frustrated with Saint Andrews Episcopal even Michael SABB believes that is the way.

Enter

Edward


I will see what I can do.

Enter

You sent
Thank you SO much!

Enter

Edward


Enter

**Feb 16, 2021, 5:17 PM**
You sent
I know Joe Biden is in my home watching the Trump family is there a way we could go to the White House? I can't take them anymore, The Trump family with voice tho skull technology. They even allow the children microphones!

Enter

You sent
They are allowed to use psychotronic weaponry. They put their orders through the Gates

Enter

**Feb 16, 2021, 5:34 PM**
You sent
Can you enter my home through electronic means? I have an unknown agency protecting me. They will protect you too. They are "GOOD!"

Enter

Edward


Let's stay safe. Always look over your shoulder.

Enter

You sent

since Megan ODonnell.

<u>Enter</u>

Edward.



Just be double-careful. The truth will emerge.

<u>Enter</u>

You sent
Thank you so much. If you came into my house you would see the agency beating the crap out of them. Their narcissism and sadism is rediculius. They will NOT be quiet with the voice to skull

<u>Enter</u>

Edward



Good triumphs!

1

<u>Enter</u>

Edward



<u>Enter</u>

**Feb 16, 2021, 6:15 PM**
You sent
This is important...the unknown agency woke me up in the middle of the night by vibration. The Trump family including Barron were watching me and a MASS amount of technology was being put on my brain. They woke me up twice. Someone needs to arrest them. The Trump family and Oprah Winfrey have access to psychotronic weaponry after Don left the White House and are responsible for the Hollywood pedophile ring. They put their orders through the Gates. All their iQ's are HIGHLY branded in the media and fake. Most of the Trump children don't even attend school! And can put orders in on adults

<u>Enter</u>

Edward



<u>Enter</u>

**Feb 16, 2021, 7:13 PM**
You sent
Also their media they made was Angel/towers. Love the Way You Lie was part of it by Eminem. Don Trump Sr. Bragged about hiring the hijackers with Oprah Winfrey to profit from the war. " I refused to read their cards" during their interactive show at my workplace Harper High School in 2008-2009. Sorry if I'm repeating myself. I just really want you to know.

<u>Enter</u>

**Feb 16, 2021, 7:29 PM**
You sent
I'm willing to take a polygraph!

**Feb 16, 2021, 10:07 PM**

Edward

Enter

**Feb 17, 2021, 4:21 PM**

You sent

The Trump family passed out technology to a bunch of celebrities. Most of which are being abused by them and the ring. Calvin Harris is being an abusive sex offender with them in my home. I can't even shower without being abused with voice to skull. I am trying to hang in here as long as possible. Do you have any recommendations who I can contact or where I can go. This is so disgusting and rediculius it is non stop 24/7 and has been for four years!! They are branded in the media which most of it is created. I really can't take much more. It's non stop I have zero privacy it's BEYOND abusive I do not want Calvin Harris in my home and he refused to leave with them

Enter

You sent

And Calvin Harris is threatening to go into peoples homes that I am talking to and violate them. I REALLY need help

Enter

**Feb 18, 2021, 1:48 AM**

You sent

And I would just really appreciate it if I could please give you names, Brittany Goldberg and Vanessa Parsi. Calvin Harris and the Trump family pedophile ring are following them with technology violating them. Then harassing me through voice-to-skull. I apologize I just don't know who else to go to because you are very educated with art and the technology! It is beyond disturbing. iQ's are HIGHLY branded. Most of the people involved did not go to college and paid for their education and their iQ's are fake and branded. They also allow their kids access to psychotronic weaponry. This includes the Obama who publicly adopted Megan ODonnell when they were in the White House through my social network and work place. They gave her voice to skull and technology to violate my body. Malia got kicked out of Harvard and Drew Faust lost her job over it. Malia was in my home 24/7 with the Trump family and NEVER attended class! She could NEVER perform even at the University of Chicago! They have been withe the Trump family in my home 24/7 since the left office. They are far from the people branded on television! They saw the Trump family and Oprah Winfrey with military technology and never they hired the hijackers while they were producing their 9/11 media! Don Trump has bragged about how they had their "fun in the Middle East" while they were in office. The problem is people are taking money and continuing to do this in my house and also to be branded in the Arts such as Calvin Harris. He is a rapist and I want him out of my house. He still refuses to leave! Again, I will take a polygraph!!!! Do you think I should keep the approach and Saint Andrews Episcopal in Maryland with Barron Trump's attendance to have them arrested as Michael SABB suggested. It's SO frustrating they don't respond to me!

Enter

**Feb 18, 2021, 3:47 AM**

You sent

Richard Daley Jr is controlling Chicago politic and took money

Enter

**Feb 18, 2021, 4:02 AM**

You sent

I can PROMISE you there IS an unknown agency in my home protecting people beating the crap out of them. They were talking about using psychotronic weaponry go put you to sleep the other night. I'm hoping something can be done quickly. Joe Biden is NOT going along them. However has not spoke through voice to skull. It's literally non stop 24/7 they use military technology and they don't sleep. I can't take anymore it's been YEARS! This is how I know Barron Trump's attendance. It's repulsive the children are dangerous and abusive. And lowed to use psychotronic weaponry on adults. They also sexually violate adults. Some of the celebrities involved that are victims are Made Fenty Rihanna Courtney Love

Oprah, the Obama's and the Gates. Megan ODonnells father molested me when I witnessed him. It was about pedophilia. Megan was molested by him. Don Trump Sr. said "he didn't think what Megan's father was that evil." Megan ODonnell and her friends should be looked at under technology! The are sex offenders that abused me for over a decade.

<u>Enter</u>

You sent
And sorry one more victim celebrities name involved is taylor swift

<u>Enter</u>

You sent
And her mom

<u>Enter</u>

**Feb 18, 2021, 4:34 AM**
Edward


I will see what I can do, Tracy!

<u>Enter</u>

**Feb 18, 2021, 5:08 AM**
You sent
Thank you SO much. It is so non stop I can't sleep. I am not working right now bc they follow home my students and abuse them and brag about what they are doing to then through voice-to- skull

🖤

1

<u>Enter</u>

Edward


<u>Enter</u>

**Feb 19, 2021, 4:16 AM**
You sent
Calvin Harris is still abusing me with them in my home. He is a HUGE rapist. He violated me when I go to the bathroom. I am unable to have any sort of love/sex life. It is NON STOP 24/7 with voice to skull! I am up now at 4:15AM I will wake up to him in the morning to him until I fall asleep with Rick Daley Jr., The Trump family, Obama family and Oprah with the Gates. I can not even function with all the talking and abuse.

<u>Enter</u>

**Feb 19, 2021, 5:21 AM**
Edward


I contacted the Chicago mayor yesterday.

<u>Enter</u>

**Feb 19, 2021, 9:57 AM**
You sent
Thank you SO much! You have no idea!

Edward



<u>Enter</u>

**Feb 19, 2021, 4:09 PM**
You sent
Taylor Swift is upset I said something about Calvin Harris because she dated him. Most of the celebrities involved took money now and are acting HIGHLY abusive in my house because I'm giving you information and people are moving. The unknown agency told me Mayor Lightfoot contacted the President. Thank you SO much. If you hear anything please let me know! I cannot take a more of this. It's beyond repulsive

<u>Enter</u>

Edward



<u>Enter</u>

**Feb 19, 2021, 4:27 PM**
You sent
Jay Z and Beyonce got their billion dollars during the same time of the Megan ODonnell reality show at my workplace Harper High School 2008-2009. Jay Z keeps violating and won't leave my house. I'm so desensitized

<u>Enter</u>

**Feb 19, 2021, 5:48 PM**
You sent
Jay Z and Beyonce also have access to psychotronic weaponry. They were given the technology from Oprah Winfrey when they received their billion dollars from Oprah. Everyone is branded in the media.

<u>Enter</u>

Edward



You will be fine. Taylor Swift has peaked!

<u>Enter</u>

You sent
Thank you SO much. Honestly, you really are leading an accurate witch-trial. I do believe in Goethe "I believe in God and in Nature and the triumph of good over evil.". God bless! I really hope they get arrested!!!!!!

<u>Enter</u>

Edward



<u>Enter</u>

**Feb 19, 2021, 6:30 PM**
You sent
Jay Z, Calvin Harris and Richard Daley Jr urinate on the Trump children through electronics. The Trump children are HIGHLY dangerous and allowed to use psychotronic weaponry on adults and minors.. I would just like this documented. CLEARLY the mayor and president can see this! The unknown agency said they would send a respreentive publicly when they are arrested! Thank you SI much Edward Lee! I know the Bidon family and Mayor Lightfoot are good people! I can't understand why they still have

Enter

**Feb 19, 2021, 7:18 PM**
You sent
I HONESTLY cannot take much more sexual abuse from the disgusting pedophile ring! Can the voice to skull please be removed. I never took money from the Trump family, Oprah Winfrey, The Gates, of JayZ and want to know they are removed from my home that I pay for!

Enter

Edward



We pray and hope for you.

Enter

**Feb 19, 2021, 8:49 PM**
You sent
.🙏🙏🙏. Thank you. It's just so much voice to skull and people like taylor swift are not happy I gave you information and is starting to turn like a pig just like Calvin Harris. Violating me sexually and when I go to the bathroom. There are SO many people that should not have technology and access to psychotronic weapkonry. Malia Obama does not even attend class like Barron and is in my head every day with voice to skull abusing me. It is to the extent I lay in my bed all day with people talking.

🖤

1

Enter

**Feb 20, 2021, 10:52 AM**
You sent
They still have voice to skull microphones 24/7 I'm just going to periodically check in if that's okay. They refuse to leave my home and continue to abuse me. It's case study narcissism and it's beyond repulsive. As soon as I wake up it starts and does end until I sleep. People are doing this in hopes to be "branded" in the industry. MOST do t even write their own lyrics and get airtime in the media

Enter

You sent
I don't know what else to do. I can't take much more. It's repulsive what these sex offender case study narcissists do to be branded and I want them out if my home. It helps when I contact you with what their doing in my home but they are still abusive and refuse to leave.

Enter

You sent
According to Don Trump Sr. Calvin Harris hasn't touched a single track that made it on the radio. And they won't leave their abusing me with these people now with voice to skull and they are in my home and anyone that I speak to home.

Enter

**Feb 20, 2021, 12:48 PM**
You sent
Calvin Harris said, "you know that we're all in Brittany Goldberg's house infront of the Mayor, what are you going to do about it!". Through voice to skull technology

Enter

**Feb 20, 2021, 1:13 PM**
Edward

Be strong, Tracy! You will survive.

Enter

**Feb 20, 2021, 4:18 PM**
You sent



Enter

**Feb 21, 2021, 1:40 PM**
You sent
Jay Z said "he will rape my mom." I would just like this documented because of the technology Oprah Winfrey have him. Please feel free to enter my home ANY TIME through electronic means. I believe this will be ending soon.

Enter

**Feb 23, 2021, 12:45 AM**
You sent
I just want this documented that Calvin Harris threatened. Vanessa Parsi and Brittany Goldberg's life. He is in both of their homes through electronic means. He is upset about his name and being exposed in the Trump family Hollywood pedophile ring

Enter

**Feb 23, 2021, 4:22 AM**
Edward



Enter

**Feb 24, 2021, 3:40 PM**
You sent
I just got off the phone with the Secret Service. I complained about them giving my medical records to Saint Andrews Episcopal in Maryland who told a News reporter Jesus Salazar my hospitalization record from when I was hospitalized by their agency. He told me they also implied "I was crazy.". I told the Secret Service they need to correct this and it is in violation of my HIPPA laws. I also told them about the Trump family pedophile ring in the Arts. I have him permission to allow more agents in my home.

Enter

You sent
He took my phone number and said the agency will get back to me.

Enter

**Feb 27, 2021, 6:50 PM**
You sent
I just got through talking to Campel at the Chicago Secret Service location. He suggested getting an attorney. This is rediculius I'm not looking for money I'm looking for an arrest! However an attorney may cause the explosion that we need. I will to speak with one tomorrow.

Enter

Edward



Enter

Edward

You should get one. They are bottom feeders, but they CAN be helpful!

Enter

**Mar 11, 2021, 7:26 PM**
You sent
I just wanted to document Calvin Harris and Taylor Swift said they were going to kill my mom over their names. They refuse with the other celebrities involved to leave my home. My parents were over today. I could not even visit with the nonstronic talking. Can you think of any ways to speed this up? I spoke with officer Langley about the issues and he said since Barron goes to school at Saint Andrew's Episcopal in Maryland they must be the ones to call social services and law enforcement. The information I posted is extremely accurate hence no secret service presence. I have called them numerous times. Ugh, I need help

Enter

Edward


I have contacted Mayor Lightfoot twice. I will do it again.

Enter

You sent
Thank you SO much.

Enter

Edward




Enter

**Mar 19, 2021, 9:20 PM**
You sent
Did you ever hear anything from Mayor Lightfoot? I honestly can't take this anymore. The Trump family pedophile ring through electronic means with access to psychotronic weaponry is in my home through electronic means has been talking with their case study narcissism through my body with technology. It is beyond repulsive and abusive NONSTOP. The celebrities engage in pedophilia and sex for money and to be branded. They refuse to leave my house. I can barley get out of bed from all the talking. I can't even get up in the middle of the night without them talking. I can't take much more. I contacted Saint Andrew's Episcopal in Maryland and Karen B Salmon the Superintendent of Maryland Schools about following legal protocol as mandated reporters at Saint Andrew's Episcopal in Maryland and contacting the authorities. I also told them I would be willing to fly out there and have a meeting about this. We could work together to have them arrested. If not, I am flying out to the school with flyers and passing them out to the students and parents in the mourning. I do not know what else to do because this IS going on and the pedophile ring through electronic means is HIGHLY dangerous. Don Trump Sr. has bragged through voice 2 skull about using psychotronic weaponry to sexually stimulate students while him and Barron watched. He has bragged about making a student intentionally sick that was absent the entire quarter with flu like symptoms. She stated the "doctor could not figure out what was wrong with her when she finally returned to class." Don Trump Sr. has also bragged about using psychotronic weaponry to make deaths appear to be natural causes and/or accidents. I also indicated to Saint Andrew's and Karen B Salmon that there is no Secret Service present! If you talk to Mayor Lightfoot can you PLEASE ask her to remove Richard Daley Jr. immediately from my home through electronic means! He talks all the time with Don and Barron and it's REPULSIVE. Non-stop 24/7 and asking for more money with other pedophiles involved in the ring. When the Trump family was in office Melania Trump said "the celebrities and politician's involved in the pedophile ring were being paid to section off all the law enforcement that I was contacting after Don Trump Sr. bragged about hiring the hijackers on 9/11 to profit from the war with Oprah Winfrey. Melanie also stated they were being paid to participate in their pedophile/sex ring. Most of the celebrities involved in the Trump family pedophile ring had physical sexual contact with the Trump

weaponry on adults and minors. I looked up Mayor Lightfoot's office on the internet and the only number I could find was 311 non-emergency. Do you have different number I could call or any information that would help?

<u>Enter</u>

You sent
Ugh, Rick Daley Jr. just said he is NOT having my home and will continue to talk through my body. He is REPULSIVE he engages in pedophilia and sex with Don. PLEASE HAVE HIM REOVED IF YOU CAN!

<u>Enter</u>

**Mar 21, 2021, 7:54 PM**
You sent
Calvin Harris just said he is going to go in my friend Colleen Schabes house through electronics and sexually abuse her. He was also part of the ring sexually abusing my students with psychotronic weaponry. This is really rediculius! I am harassed and abused 24/7!!! This has been going on too long and nobody is responding or moving

<u>Enter</u>

This person is unavailable on Messenger.



Tracy Fiorenza
P.O. Box 27187
Mental Health in Unit
Ft. Worth, TX
76127

Reg # 73972-510

Clerk's Office of Southern District of Florida
400 North Miami Ave.
Miami, FL
33128-7716