FILED BY MC D.C.

SEP 05 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

I would like to file the following evidenc in my case.

Tracy Marie Fiorenza

Case Name: USA v. Tracy Fiorenza

Case # 9.23-cr-80164-wpd

(8 Documents)



**DEPARTMENT OF THE ARMY**
OFFICE OF THE INSPECTOR GENERAL
1700 ARMY PENTAGON
WASHINGTON DC 20310-1700

June 18, 2020

Assistance Division

Tracy Fiorenza
tracymariefiorenza@gmail.com

Dear Ms. Fiorenza,

This letter acknowledges receipt of your June 10 and June 14, 2020, correspondence to the Department of the Army Inspector General regarding multiple allegations and your request for assistance regarding Mr. Robert Kosasky of Saint Andrew's Episcopal School and the release of school records for Barron Trump.

The matters you presented do not fall under the purview of the Department of the Army Inspector General. There are other forms of redress regarding your request for assistance regarding Saint Andrew's Episcopal School and the release of Barron Trump's school records.

You can contact Saint Andrew's Episcopal School in Potomac, MD via phone at 301-983-5200 to discuss the aforementioned issues regarding Mr. Kosasky and the request for school records. We will consider this matter closed. When contacting this office, please refer to case number DIH-20-1310.

Sincerely,

[signature]

MICHAEL A. SABB
Lieutenant Colonel, U.S. Army
Inspector General





REC'D BY_____ _.C.
SEP 05 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The Clerk's Office of Southern District of Florida
400 North Miami Ave.
Miami, FL.
33128-7716



Ft Worth, TX
76127