UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80164-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

TRACY MARIE FIORENZA,
    Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION
TO RESCHEDULE THE STATUS CONFERENCE**

The defendant, Tracy Marie Fiorenza, through counsel, files this Motion to Reschedule the Status Conference.

In support thereof, the Defendant states the following:

The Defendant was indicted on September 5, 2023 for two counts of Transmitting Threats to Kill or Injure Another Person in Interstate Commerce in violation of 18 USC § 875(c). [D.E. 4].

On January 19, 2024, the Court found that Ms. Fiorenza was incompetent to proceed to trial. [D.E. 26]

The Court scheduled a status conference for September 17, 2024 at 10:00 a.m., but defense counsel is unavailable that day.

Undersigned counsel is starting a trial on September 17, 2024 in the case of *United States v. Christopher Watson*, Case No. 23-cr-60235-RS. The trial is anticipated to last between two to three days.

1

The Government, through Assistant United States Attorney John C. McMillan, does not object to this motion.

WHEREFORE; the Defendant, requests that the court grant this motion and schedule the status conference for September 20, 2024 or later.

            Respectfully submitted,

            HECTOR DOPICO
            FEDERAL PUBLIC DEFENDER

By: s/ *Allari Dominguez*
    Assistant Federal Public Defender
    Florida Bar No. 98383
    One East Broward Boulevard, Suite 1100
    Fort Lauderdale, Florida 33301-1842
    Tel: 954-356-7436
    E-Mail: Allari_Dominguez@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           By: s/ *Allari Dominguez*, AFPD